AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
ENTERED
LODGED RECEIVED

SEP 21 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Google, Inc. Subject Accounts 1-3, further described in Attachment A

) Case No. MJ18-441
)
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Google, Inc. Subject Accounts (1) toddsmckennon@gmail.com (2) lindsayjmckennon@gmail.com (3) OliviaDreamLover@gmail.com, further described in Attachment A, attached hereto and incorporated herein.

located in the  Northern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1952 | Interstate and foreign travel or transportation in aid of racketeering enterprises |
| 18 U.S.C. § 2421 | Transportation of any individual in interstate or foreign commerce |
| 18 U.S.C. § 1956 | Money Laundering |

The application is based on these facts:
See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Joshua Anderson, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

_____
Judge's signature

Date:  09/21/2018

City and state:  Seattle, Washington

Paula L. McCandlis, United States Magistrate Judge
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: MJ18-441 | Date and time warrant executed: 9/21/2018 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Responsive materials received from Google

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/14/2020        MAT

_Executing officer's signature_

Joshua Anderson    Special Agent
_Printed name and title_

USAO #2017R01046